MAX M. MUNK, Respondent, v. AMERICAN BROWN BOVERI ELECTRIC CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GLADYS ROSE FARMER, as Administratrix, etc., of JOHN AUSTIN FARMER, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LILLIAN GOODKIND, Respondent, v. MORRIS WENDEROFF, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

AMANDA GUNNERSON, Appellant, v. ROBERT M. LITTLEJOHN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARY F. KIERNAN and Others, Respondents, v. ICELAND, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOANE, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IDA TRACHTENBERG, Respondent, v. OLIVER W. BIRCKHEAD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DIANA KOPLOWITZ, Respondent, v. DAVID SUTTON and Another, Appellants.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of JOHN GUIRAGOS, Respondent, against TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.